917 P.2d 736

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Tuua v. State | 17406 | 3/11/96 | Affirmed |
| Gall v. Gall | 18659 | 3/15/96 | Affirmed |
| State v. Papalii | 16447 | 3/19/96 | Affirmed |
| Cabrera v. Umeno | 17152 | 3/28/96 | Affirmed |
| Jones v. JVVC, Inc. | 16884 | 3/28/96 | Vacated and Remanded |
| Nauru Phosphate Royalties, Inc. v. Mowers | 17208 | 4/04/96 | Reversed |
| State v. Faubian | 17171, 17341 | 4/08/96 | Affirmed |
| Doe Minors, In re | 16991 | 4/09/96 | Affirmed |
| Hayes v. Johnson | 16708 | 4/09/96 | Affirmed |
| PR Pension Fund v. Nakada | 16729 | 4/10/96 | Reversed in part, Vacated in part, Remanded in part and Affirmed in part |
| Leoni v. Hamlin | 17547 | 4/10/96 | Affirmed |
| Ethridge v. Healani Ventures | 16366 | 4/11/96 | Affirmed |
| State v. Tagaolo | 16782 | 4/12/96 | Vacated and Remanded |
| State v. Akana | 17279 | 4/12/96 | Affirmed |
| State v. Kanakanui | 17610 | 4/12/96 | Affirmed |
| State v. Lachel | 17464 | 4/12/96 | Affirmed |
| McKinney v. McKinney | 17053 | 4/12/96 | Affirmed |
| Doe, In Re: John (DOB 4/24/94) | 18485 | 4/16/96 | Vacated and Remanded |
| Freitas v. Haleakala Ranch Co. | 16657 | 4/23/96 | Affirmed |